APRIL 8, 1983

GRIEVANCE ADMINISTRATOR v COVINGTON #1. (Docket No. 71446.) Pursuant to GCR 1963, 853.2(4), in lieu of granting leave to appeal, the order of the Attorney Discipline Board is modified, to the extent that it provides otherwise, to provide that during the stay of the revocation order the respondent shall remain suspended from the practice of law. In all other respects the application for leave to appeal is denied. Reconsideration denied June 23, 1983. *David F. DuMouchel,* Chairman, Attorney Grievance Commission, and *Michael Alan Schwartz,* Grievance Administrator, *in propria persona,* petitioner.

WAYNE COUNTY v CHIEF JUDGE OF THE THIRD JUDICIAL CIRCUIT. (Docket No. 70647.) Complaint for superintending control dismissed without prejudice to the institution of an appropriate action in circuit court by any of the parties to the action or by individuals or entities not parties to the action for a determination of the duty to pay or the right to be paid in accordance with a fee schedule for the compensation of lawyers representing indigent defendants. The record in the original proceeding is an inadequate basis for decision because of factual questions and disputes which must be resolved before judgment, but which have never been the subject of proofs by the parties. *George H. Cross,* Wayne County Corporation Counsel, and *Miller, Canfield, Paddock & Stone* for plaintiff. *Dickinson, Wright, Moon, Van Dusen & Freeman (Eaman & Ravitz, P.C.,* of counsel), for intervening plaintiffs. *Francis B. Crowley* for the Chief Judge of the Third Circuit. *Alphonso R. Harper* for the Chief Judge of the Recorder's Court. *Jack J. Schmerling* for The National Legal Aid and Defender Association as amicus curiae. *Timothy F. Konieczny* for State Bar Defender Systems and Services Committee as amicus curiae.